JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| GREAT AMERICAN INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>TLM PETRO LABOR FORCE, INC., a California corporation; RELIANCE ENTERPRISES, INC., a California corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. CV 18-5642-GW-AGRx<br><br>**ORDER ON JOINT STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**<br><br>**[Pursuant to F.R.C.P., Rule 41(a)(A)(ii)]** |

Given the stipulation of the parties and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the present action is dismissed with prejudice, with each side to bear its own fees and costs.

**IT IS SO ORDERED**.

Dated: November 19, 2019

_____
Honorable George H. Wu
United States District Judge

4848-9439-5304, v. 1

ORDER OF DISMISSAL OF ENTIRE ACTION     1     CASE NO. 2:18-CV-05642-GW-AGR